# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (01) Michael Furukawa |
| | (02) Wesley Uemura |
| | (03) Dennis Hirokawa |
| | (04) Richard Okada |
| ATTYS FOR PLA: | William L. Shipley |
| | Lawrence Tong |
| ATTYS FOR DEFT: | (01) Howard K.K. Luke |
| | (04) Dana Ishibashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Debra Chun |
| DATE: | 2/6/2006 | TIME: | 10:30am-10:45am |

COURT ACTION: EP: Defendant Richard Okada's Motion for Disclosure of Grand Jury Transcript or, in the alternative, Motion to Dismiss Indictment. Defendant Richard Okada's motion to strike surplusage from indictment.

Oral Arguments heard.

Defendant Richard Okada's Motion for Disclosure of Grand Jury Transcript or, in the alternative, Motion to Dismiss Indictment-DENIED.

Defendant Richard Okada's motion to strike surplusage from indictment-DENIED as moot.

Court to issue order.

Submitted by: Theresa Lam, Courtroom Manager