# MINUTES

```
            FILED IN THE
   UNITED STATES DISTRICT COURT
       DISTRICT OF HAWAII

       03/09/2006 4:30 PM
       SUE BEITIA, CLERK
```

**CASE NUMBER:**   CR 04-00243DAE

**CASE NAME:**     USA                    vs.  (01) Michael Furukawa
                                               (02) Wesley Uemura
                                               (03) Dennis Hirokawa
                                               (04) Richard Okada

**ATTYS FOR PLA:**                        **ATTYS FOR DEF:**

   William L. Shipley                        (01) Howard K.K. Luke
   Lawrence Tong                             (02) Clifford B. Hunt
   Lawrence Goya                             (03) Keith Shigetomi
                                             (04) Dana Ishibashi

   **INTERPRETER:**

---

**JUDGE:**  JUDGE DAVID ALAN EZRA         **REPORTER:**

**DATE:**   03/09/2006                    **TIME:**

                                          **ROOM:**

---

**COURT ACTION:** EO

   Jury Selection/Trial to Follow  continued  from 04/11/2006 09:00:00 AM to
   09/19/2006 09:00:00 AM before DAE

   Final Pretrial Conference continued  from 03/13/2006 10:00:00 AM to 08/21/2006
   10:00:00 AM,  Judge presiding changed from BMK to KSC,  from COURTROOM 6 to
   COURTROOM 5 before KSC

   Time to be excluded from 4/11/2006 to 9/19/2006.

   Stip to be prepared.


   Submitted by: Theresa Lam, Courtroom Manager

---