ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT
## District of Hawaii

MAR 28 2006

at 4 o'clock and ___ min. __M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 04-00243 DAE 01 |
| (01) MICHAEL FURUKAWA | |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>COURTROOM 6 |
|---|---|
| | Date and Time<br>03/29/2006 @ 10:00 a.m. |
| Before: Barry M. Kurren, United States Magistrate Judge | |

...1341.

...ES - Count 1.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Furukawa
94-522 Hiahia Loop
Waipahu, HI 96797

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 1810 5310

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RECEIVED
2006 MAR 21 AM 11:59
U.S. MARSHALS SERVICE
HONOLULU, HI

Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

3/23/06

Sent To Michael Furukawa
Street, Apt. No.; 94-522 Hiahia Loop
or PO Box No.
City, State, ZIP+4 Waipahu, HI 96797

PS Form 3800, June 2002   See Reverse for Instructions

March 17, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

**CR 04-00243 DAE 01**
(01) MICHAEL FURUKAWA

## RETURN OF SERVICE

Service as made by me on:[1]                    Date

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant at: _____

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Mark M. Hanohano

Returned on _____        _____
             Date                   Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure