# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (01 Michael Furukawa, (02) Wesley Uemura |
| ATTYS FOR PLA: | Lawrence L. Tong, Lawrence A. Goya |
| ATTYS FOR DEFT: | (01) Howard K.K. Luke, (02) Clifford B. Hunt |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/30/2006 | TIME: | 11:07 - 11:09 |

COURT ACTION:  EP: A & P to Second Superseding Indictment as to (01) Michael Furukawa and (02) Wesley Uemura - defts present on bail.

Arrns waived.  Pleas of NOT GUILTY entered.

Dates given:
JS/JT 9-19-06 @ 9 a.m., DAE
FPT 8-21-06 @ 10 a.m., KSC
Motions due 7-24-06
Response due 8-7-06

Bail to continue.

Submitted by Richlyn Young, Courtroom Manager