# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00243DAE |
| CASE NAME: | United States of America Vs. (01) Michael Furukawa |
| | (02) Wesley Uemura |
| | (03) Dennis Hirokawa |
| | (04) Richard Okada |
| ATTYS FOR PLA: | Lawrence L. Tong |
| | Lawrence A. Goya |
| | Mark Nakatsu-Special Agent,-F.B.I. |
| ATTYS FOR DEFT: | (01) Howard K. K. Luke |
| | (02) Clifford Hunt |
| | (03) Keith Shigetomi |
| | (04) Dana Ishibashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: 8/14/2006 | | Time: 2:24pm-2:45pm | |

EP: Status Conference-Re-Trial Date of September 19, 2006-As to All Defendants'. Defendants' (01) Michael Furukawa, (02) Wesley Uemura, (03) Dennis Hirokawa and (04) Richard Okada-Presence are hereby Waived.

Defendant (03) Dennis Hirokawa's Counsel-Keith Shigetomi requested a continuance of the Trial Date of September 19, 2006.  Court hereby Denies this request and Jury Selection/Jury Trial will remain set for September 19, 2006 @9:00 a.m. before this Court.

Submitted by Leslie L. Sai, Courtroom Manager