# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/06/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:		CR 04-00243DAE

CASE NAME:		USA v. (01) Michael Furukawa
			(02) Wesley Uemura
			(03) Dennis Hirokawa
			(04) Richard Okada

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

		JUDGE:	David Alan Ezra		REPORTER:

		DATE:	09/06/2006			TIME:

---

COURT ACTION:  EO:  Jury Selection/Trial to Follow has been continued from 09/19/2006 09:00:00 AM to 09/20/2006 09:00:00 AM before DAE.

Submitted by: Theresa Lam, Courtroom Manager