AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *District of Hawaii*

| UNITED STATES | V. | MICHAEL FURUKAWA (01) | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: CR. NO. 04-00243DAE |

| PRESIDING JUDGE<br>DAVID ALAN EZRA | PLAINTIFF'S ATTORNEY<br>LAWRENCE TONG | DEFENDANT'S ATTORNEY<br>HOWARD K. K. LUKE |
|---|---|---|
| TRIAL DATE(S)<br>SEPTEMBER 20, 2006 | COURT REPORTER | COURTROOM DEPUTY<br>THERESA LAM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | CASTRO, ALAN – AG Investigator |
| | | | | | ELERICK, GEORGE – AG Investigator |
| | | | | | FITCHETT, HAL – AG Investigator |
| | | | | | FURURKAWA, AUDRA |
| | | | | | FURUKAWA, FRANCES |
| | | | | | FURUKAWA, ITSUTO |
| | | | | | FURUKAWA, ROGER |
| | | | | | INOUE, KIRK |
| | | | | | KELIINOI, SAM – AG Investigator |
| | | | | | MIZOBE, MARSHAL |
| | | | | | NAKAPAAHU, MEL – AG Investigator |
| | | | | | SANTIAGO, KEN – Office of Maintenance Engineering |
| | | | | | TANAKA, ERNEST – DOT Building Inspector |
| | | | | | ALL WITNESSES DESIGNATED BY THE GOVERNMENT |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages