```
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA   2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' WITNESS LIST; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| MICHAEL FURUKAWA,        (01) | ) | |
| WESLEY UEMURA,           (02) | ) | Trial: September 20, 2006 |
| DENNIS HIROKAWA,         (03) | ) | |
| RICHARD OKADA,           (04) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>UNITED STATES' WITNESS LIST</u>

The United States submits its Witness List attached hereto.

Dated: Honolulu, Hawaii, September 14, 2006.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        <u>/s/ Lawrence L. Tong</u>
        LAWRENCE L. TONG
        Assistant U.S. Attorney
        LAWRENCE A. GOYA
        Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
District of Hawaii

**United States of America     vs.     Michael Furukawa (01)     Cr. No. 04-00243 DAE**
**Wesley Uemura (02)**
**Dennis Hirokawa (03)**
**Richard Okada (04)**

**GOVERNMENT'S WITNESS LIST**

| No. | Witness Name |
|---|---|
| 1 | Allan Castro |
| 2 | Hal Fitchett |
| 3 | Penn Galban |
| 4 | Kenneth Goldblatt |
| 5 | Anne Hayashi |
| 6 | Ross Higashi |
| 7 | Herbert Hirota |
| 8 | Stanley Ichioka |
| 9 | Melvin Ikeda |
| 10 | Arthur Inada |
| 11 | Robert Lee |
| 12 | Lisa Matsuoka, or C/R State of Hawaii |
| 13 | Michael Masutani |
| 14 | Stanford Miyamoto |
| 15 | Ernest Moritomo |
| 16 | SA Mark Nakatsu |
| 17 | Ben Ohta |
| 18 | Boyd Sakai |
| 19 | Charles Seabury |

| No. | Witness Name |
|---|---|
| 20 | Harry Shibuya |
| 21 | Roy Shimotsukasa |
| 22 | Bert Shiosaki |
| 23 | Alaric Sokugawa |
| 24 | Dawn Takara |
| 25 | Dean Takayama |
| 26 | Reuben Takeshita |
| 27 | Ernest Tanaka |
| 28 | Sheila Walters, or C/R State of Hawaii DAGS |
| 29 | SA David Warren |
| 30 | Stanley Yamada |
| 31 | Kurt Yamasaki, or C/R fiscal office, State of Hawaii Airports Division |
| 32 | Ross Yamashiro |
| 33 | Roy Yoshida |
| 34 | C/R, Central Pacific Bank |
| 35 | C/R, American Savings Bank |
| 36 | C/R, First Hawaiian Bank |
| 37 | C/R, Hawaii FCU |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

| | |
|---|---|
| CLIFFORD B. HUNT, ESQ.<br>notguilty007@msn.com<br><br>Attorney for Defendant<br>WESLEY UEMURA | September 14, 2006 |
| DANA S. ISHIBASHI<br>ishibashi@aol.com<br><br>Attorney for Defendant<br>RICHARD OKADA | September 14, 2006 |
| HOWARD K.K. LUKE, ESQ.<br>howardkkluke@hawaii.rr.com<br><br>Attorney for Defendant<br>MICHAEL FURUKAWA | September 14, 2006 |

Served by first class mail:

| | |
|---|---|
| KEITH S. SHIGETOMI, ESQ.<br>711 Kapiolani Blvd., Suite 1440<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>DENNIS HIROKAWA | September 14, 2006 |

DATED: Honolulu, Hawaii, September 14, 2006.

/s/ Janice Tsumoto