```
DANA S. ISHIBASHI    4187
Attorney at Law
568 HALEKAUWILA STREET, 2nd Fl.
HONOLULU, HAWAI'I 96813
TELEPHONE: (808) 524-5690
FACSIMILE: (808) 545-2628
E-MAIL: ishibashid@aol.com

Attorney for Defendant
RICHARD OKADA [04]
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 04-00243 DAE |
| Plaintiff, | ) | |
| VS. | ) | RICHARD OKADA'S WITNESS LIST |
| MICHAEL FURUKAWA, (01) | ) | |
| WESLEY UEMURA, (02) | ) | |
| DENNIS HIROKAWA, and (03) | ) | |
| RICHARD OKADA. (04) | ) | |
| Defendant. | ) | |

### RICHARD OKADA'S WITNESS LIST

Defendant Richard Okada, through counsel undersigned, notices witnesses, who may be called upon to testify at trial, as follows:

Arthur Inada

Alaric Sokugawa

Richard Lee

Harry Sumida

Melvin Ikeda

Richard Imai

Stanley Yamada

Bert Shiosaki

Tony Bio

Boyd Sakai

Glen Okada

Arlene Chock

Gregg Torigoe

All witnesses named on the lists of the United States of America, and Defendants MICHAEL FURUKAWA, WESLEY UEMURA, and DENNIS HIROKAWA.

DATED: Honolulu, Hawai'i, September 14, 2006.

_____
DANA S. ISHIBASHI
ATTORNEY FOR RICHARD OKADA [04]