```
DANA S. ISHIBASHI  4187
Attorney at Law

568 HALEKAUWILA STREET, 2nd Floor
HONOLULU, HAWAI'I 96813
TELEPHONE: (808) 524-5690
FACSIMILE: (808) 545-2628
E-MAIL: ishibashid@aol.com

Attorney for Defendant
RICHARD OKADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| VS. | ) | |
| | ) | |
| MICHAEL FURUKAWA,        (01) | ) | CERTIFICATE OF SERVICE |
| WESLEY UEMURA,           (02) | ) | |
| DENNIS HIROKAWA, and     (03) | ) | |
| RICHARD OKADA.           (04) | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, the Richard Okada's Witness List was served on the following parties:

**LARRY TONG**   [by electronic filing]
Assistant United States Attorney
PJKK Federal Building, Room 6100
300 Ala Moana Boulevard
Honolulu, Hawaii  96813

**HOWARD LUKE**   [by electronic filing]
Ocean View Center, Suite 610
707 Richards Street
Honolulu, Hawai'i 96813
    Attorney for Defendant Michael Furukawa (01)

**CLIFFORD HUNT**      [by electronic filing]
345 Queen Street, Suite 915
Honolulu, Hawai'i 96813
    Attorney for Defendant Wesley Uemura (02)

**KEITH S. SHIGETOMI**   [by other means]
Pacific Park Plaza, Suite 1440
711 Kapiolani Blvd.
Honolulu, Hawai'i 96813
    Attorney for Defendant Dennis Hirokawa (03)

DATED: Honolulu, Hawai'i, September 14, 2006.

                                    _____
                                    DANA S. ISHIBASHI
                                    ATTORNEY FOR RICHARD OKADA