# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (01) Michael Furukawa |
| | (02) Wesley Uemura |
| | (03) Dennis Hirokawa |
| | (04) Richard Okada |
| ATTYS FOR PLA: | Lawrence L. Tong |
| | Lawrence A. Goya |
| ATTYS FOR DEFT: | (01) Howard K.K. Luke |
| | (02) Clifford B. Hunt |
| | (03) Keith Shigetomi |
| | (04) Dana Ishibashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 9/20/2006 | TIME: | 10:00am-12:00pm |
| | | | 1:30pm-4:00pm |

COURT ACTION:  EP: Jury Selection.

Defendant (01) Michael Furukawa, present not in custody.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, present not in custody.

Defendant (04) Richard Okada, present not in custody.

130 potential jurors present, sworn in.

12 jurors and 4 alternates selected.

Further Jury Trial continued to 9/26/2006 @9:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager