EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA   2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRIAL STIPULATION RE |
| vs. | ) | BIDS FROM B & U, INC., SITE |
| | ) | ENGINEERING, INC., THOMAS T. |
| MICHAEL FURUKAWA, (01) | ) | TAKESHITA & SONS, INC. AND |
| WESLEY UEMURA, (02) | ) | HOME CONTRACTORS, INC. |
| DENNIS HIROKAWA, (03) | ) | |
| RICHARD OKADA, (04) | ) | Trial: September 20, 2006 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

TRIAL STIPULATION RE BIDS FROM B & U, INC.,
SITE ENGINEERING, INC., THOMAS T. TAKESHITA
& SONS, INC. AND HOME CONSTRACTORS, INC.

The United States and defendants, through their

counsel, have stipulated, or agreed, to certain facts.  This means you are to regard those facts as having been proven.  The facts to which they have agreed are as follows:

The fiscal office of the State of Hawaii, Department of Transportation, Airports Division maintains records of all purchase orders issued for maintenance work at the Honolulu International Airport.  The records maintained by the fiscal office include copies of bids or proposals received from contractors for the provision of maintenance work.

Government exhibits 52, 53, 54 and 55 are true and correct copies of bids or proposals received by the State of Hawaii, Department of Transportation, Airports Division.  Such bids or proposals were regularly kept by the State of Hawaii, Department of Transportation, Airports Division in the ordinary course of its business activity.  The parties agree that such exhibits may be admitted into evidence without the need for foundational testimony, subject to any relevancy objections.

The parties further stipulate that, from July 1, 1997 through June 30, 2002, B & U, Inc., Site Engineering, Inc., Thomas T. Takeshita & Sons, Inc. and Home Contractors, Inc. did not receive any small purchase contracts for work at the Honolulu International Airport.

DATED: September 20, 2006 at Honolulu, Hawaii.

|  |  |
|---|---|
| /s/ Howard K.K. Luke<br>HOWARD K. K. LUKE, ESQ.<br>Attorney for Defendant<br>Michael Furukawa | EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii |
| /s/ Clifford Hunt<br>CLIFFORD HUNT, ESQ.<br>Attorney for Defendant<br>Wesley Uemura | /s/ Lawrence L. Tong<br>LAWRENCE L. TONG<br>Assistant U.S. Attorney<br>LAWRENCE A. GOYA<br>Special Assistant U.S. Attorney<br>Attorneys for Plaintiff<br>United States of America |
| /s/ Keith Shigetomi<br>KEITH SHIGETOMI, ESQ.<br>Attorney for Defendant<br>Dennis Hirokawa | |
| /s/ Dana Ishibashi<br>DANA ISHIBASHI, ESQ.<br>Attorney for Defendant<br>Richard Okada | |

U.S. v. Michael Furukawa, et al.
Cr. No. 04-00243 DAE
TRIAL STIPULATION RE BIDS FROM B & U, INC.,
SITE ENGINEERING, INC., THOMAS T. TAKESHITA
& SONS, INC. AND HOME CONSTRACTORS, INC.