EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA   2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRIAL STIPULATION RE |
| vs. | ) | AUTHENTICITY OF RECORDS |
| | ) | OF PAYMENTS MADE BY THE |
| MICHAEL FURUKAWA,       (01) | ) | STATE OF HAWAII |
| WESLEY UEMURA,          (02) | ) | |
| DENNIS HIROKAWA,        (03) | ) | Trial: September 20, 2006 |
| RICHARD OKADA,          (04) | ) | |
| | ) | |
| Defendants. | ) | |

TRIAL STIPULATION RE AUTHENTICITY OF RECORDS
OF PAYMENTS MADE BY THE STATE OF HAWAII

The United States and defendants, through their

counsel, have stipulated, or agreed, to certain facts.  This means you are to regard those facts as having been proven.  The facts to which they have agreed are as follows:

The State of Hawaii, Department of Accounting and General Services (DAGS) creates and maintains records of payments made by the various departments of the State of Hawaii.  Government exhibits 2K, 2L, 3K, 3L, 4K, 4L, 5K, 5L, 6K, 6L, 7K, 7L, 8K, 8L, 9J, 9K, 10K, 10L, 11K, 11L, 12-I, 12J, 13-I, 13J, 14K, 14L, 15K, 15L, 16K, 16L, 17K, 17L, 18K, 18L, 19K, 19L, 20K, 20L, 21J, 21K, 22J, 22K, 23K, 23L, 24K, 24L, 25K, 25L, 26K, 26L, 27K, 27L, 28K, 28L, 29K, 29L, 30K, 30L, 31J, 31K, 32K, 32L, 33K, 33L, 34J, 34K, 35J, 35K, 36J, 36K, 37J, 37K, 38-I, 38J, 39J, 39K, 40J, 40K, 41J, 41K, 42J, 42K, 43J, 43K, 44J, 44K, 45J, 45K, 46-I, 46J, 47K, 47L, 48G, 48H, 49G, 49H, 50G, 50H, 51G and 51H are true and correct copies of warrant number listings and warrants, or checks, reflecting payments made by the State of Hawaii to various entities.  All of these exhibits were regularly made and created by DAGS, and were maintained by DAGS in the ordinary course of its business activity.  The parties agree that such exhibits may be admitted into evidence without the need for

\\\
\\\
\\\
\\\

foundational testimony, subject to any relevancy objections.

   DATED: September 20, 2006 at Honolulu, Hawaii.

| | |
|---|---|
| | EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii |
| /s/ Howard K.K. Luke<br>HOWARD K. K. LUKE, ESQ.<br>Attorney for Defendant<br>Michael Furukawa | |
| | /s/ Lawrence L. Tong<br>LAWRENCE L. TONG<br>Assistant U.S. Attorney |
| /s/ Clifford Hunt<br>CLIFFORD HUNT, ESQ.<br>Attorney for Defendant<br>Wesley Uemura | LAWRENCE A. GOYA<br>Special Assistant U.S. Attorney<br>Attorneys for Plaintiff<br>United States of America |
| /s/ Keith Shigetomi<br>KEITH SHIGETOMI, ESQ.<br>Attorney for Defendant<br>Dennis Hirokawa | |
| /s/ Dana Ishibashi<br>DANA ISHIBASHI, ESQ.<br>Attorney for Defendant<br>Richard Okada | |

U.S. v. Michael Furukawa, et al.
Cr. No. 04-00243 DAE
TRIAL STIPULATION RE AUTHENTICITY OF RECORDS
OF PAYMENTS MADE BY THE STATE OF HAWAII