EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA   2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRIAL STIPULATION RE RECORDS |
| vs. | ) | CONCERNING SMALL PURCHASE |
| | ) | CONTRACTS |
| MICHAEL FURUKAWA,      (01) | ) | |
| WESLEY UEMURA,         (02) | ) | Trial: September 20, 2006 |
| DENNIS HIROKAWA,       (03) | ) | |
| RICHARD OKADA,         (04) | ) | |
| | ) | |
| Defendants. | ) | |

TRIAL STIPULATION RE RECORDS
CONCERNING SMALL PURCHASE CONTRACTS

The United States and defendants, through their

counsel, have stipulated, or agreed, to certain facts.  This means you are to regard those facts as having been proven.  The facts to which they have agreed are as follows:

The fiscal office of the State of Hawaii, Department of Transportation, Airports Division maintains records of all purchase orders issued for maintenance work at the Honolulu International Airport.   Government exhibits 2C - 2J, 3C - 3J, 4C - 4J, 5C - 5J, 6C - 6J, 7C - 7J, 8C - 8J, 9C - 9-I, 10C - 10J, 11C - 11J, 12B - 12H, 13B - 13H, 14C - 14J, 15C - 15J, 16C - 16J, 17C - 17J, 18C - 18J, 19C - 19J, 20C - 20J, 21C - 21-I, 22C - 22-I, 23C - 23J, 24C - 24J, 25C - 25J, 26C - 26J, 27C - 27J, 28C - 28J, 29C - 29J, 30C  - 30J, 31C - 31-I, 32C - 32J, 33C - 33J, 34C - 34-I, 35C - 35-I, 36C - 36-I, 37C - 37-I, 38B - 38H, 39C - 39-I, 40C - 40-I, 41C - 41-I, 42C - 42-I, 43C - 43-I, 44C - 44-I, 45C - 45-I, 46B - 46H, 47C - 47J, 48 - 48F, 49 - 49F, 50 - 50F, and 51 - 51F are true and correct copies of such records concerning purchase orders for maintenance work, including bids or proposals from contractors, purchase requisitions, records of small purchases, purchase orders, invoices and summary warrant vouchers.

All of these exhibits were regularly made and created by the State of Hawaii, Department of Transportation, Airports Division, and were kept by the State of Hawaii, Department of Transportation, Airports Division in the ordinary course of its

2

business activity.  The parties agree that such exhibits may be admitted into evidence without the need for foundational testimony, subject to any relevancy objections.

DATED: September 20, 2006 at Honolulu, Hawaii.


/s/ Howard K.K. Luke
HOWARD K. K. LUKE, ESQ.
Attorney for Defendant
Michael Furukawa


/s/ Clifford Hunt
CLIFFORD HUNT, ESQ.
Attorney for Defendant
Wesley Uemura



/s/ Keith Shigetomi
KEITH SHIGETOMI, ESQ.
Attorney for Defendant
Dennis Hirokawa


/s/ Dana Ishibashi
DANA ISHIBASHI, ESQ.
Attorney for Defendant
Richard Okada

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ Lawrence L. Tong
LAWRENCE L. TONG
Assistant U.S. Attorney
LAWRENCE A. GOYA
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America


U.S. v. Michael Furukawa, et al.
Cr. No. 04-00243 DAE
TRIAL STIPULATION RE RECORDS
CONCERNING SMALL PURCHASE CONTRACTS