# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (01) Michael Furukawa |
| | (02) Wesley Uemura |
| | (03) Dennis Hirokawa |
| | (04) Richard Okada |
| ATTYS FOR PLA: | Lawrence L. Tong |
| ATTYS FOR DEFT: | (01) Howard K.K. Luke |
| | (02) Clifford B. Hunt |
| | (03) Keith Shigetomi |
| | (04) Dana Ishibashi |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Lisa Groulx |
| DATE: | 9/25/2006 | TIME: | 9:15am-9:30am |

COURT ACTION:  EP:  Status Conference.

Defendant (01) Michael Furukawa, presence waived.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, presence waived.

Defendant (04) Richard Okada, presence waived.

Status Conference held.

Submitted by:  Theresa Lam, Courtroom Manager