LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE          2049
Davies Pacific Center
841 Bishop St., Suite 2022
Honolulu, Hawaii 96813
Tel.:   (808) 545-5000
Fax:   (808) 523-9137
Email: howardkkluke@hawaii.rr.com

Attorney for Defendant
 MICHAEL FURUKAWA (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL FURUKAWA, (01) )<br>WES UEMURA, (02) )<br>DENNIS HIROKAWA, (03) )<br>RICHARD OKADA, (04) )<br>)<br>Defendants. )<br>)<br>_____ ) | | CR. NO. 04-00243-01-DAE<br><br>DEFENDANT MICHAEL FURUKAWA'S (01) JOINDER IN PART TO "DEFENDANT UEMURA'S TRIAL BRIEF REGARDING ADMISSIBILITY OF EXTRINSIC EVIDENCE WITNESS' PRIOR INCONSISTENT STATEMENT" FILED ON SEPTEMBER 23, 2006<br><br>TRIAL:   September 20, 2006 |

DEEFENDANT MICHAEL FURUKAWA'S (01) JOINDER
IN PART TO "DEFENDANT UEMURA'S TRIAL BRIEF
REGARDING ADMISSIBILITY OF EXTRINSIC EVIDENCE WITNESS'
PRIOR INCONSISTENT STATEMENT" FILED ON SEPTEMBER 23, 2006

Defendant Michael Furukawa (01) herewith joins in part "Defendant Uemura's Trial Brief Regarding Admissibility of Extrinsic Evidence Witness' Prior Inconsistent Statement" filed on September 23, 2006, without prejudice to the submission, as actual exhibits at trial, all relevant portions of prior inconsistent statements by witnesses who testify at trial, consistent with, *inter alia*, Gordon v. United States, 344 U.S. 414 (1953).

DATED:   Honolulu, Hawaii, September 25, 2006.

/s/ Howard K. K. Luke
HOWARD K. K. LUKE

Attorney for Defendant
Michael Furukawa