# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (01) Michael Furukawa |
| | (02) Wesley Uemura |
| | (03) Dennis Hirokawa |
| | (04) Richard Okada |
| ATTYS FOR PLA: | Lawrence L. Tong |
| | Lawrence A. Goya |
| ATTYS FOR DEFT: | (01) Howard K.K. Luke |
| | (02) Clifford B. Hunt |
| | (03) Keith Shigetomi |
| | (04) Dana Ishibashi |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 9/27/2006 | TIME: | 9:00am-12:00pm |
| | | | 1:30pm-4:40pm |

COURT ACTION:  EP: Jury Trial-2nd day.

Defendant (01) Michael Furukawa, present not in custody.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, present not in custody.

Defendant (04) Richard Okada, present not in custody.

12 jurors, 3 alternates present.

Governments' Witnesses: Ross Higashi, Melvin Ikeda.

Governments' Exhibits Received: 1A, 1B, 1I,

Governments' Exhibits Received thru Stipulation:  2C - 2J, 3C - 3J, 4C-4J, 5C - 5J, 6C - 6J, 7C - 7J, 8C - 8J, 9C - 9-I, 10C - 10J, 11C - 11J, 12B - 12H, 13B - 13H, 14C - 14J, 15C - 15J, 16C - 16J, 17C - 17J, 18C - 18J, 19C - 19J, 20C - 20J, 21C - 21-I, 22C -22-I, 23C -

23J, 24C - 24J, 25C - 25J, 26C - 26J, 27C - 27J, 28C- 28J, 29C - 29J, 30C - 30J, 31C - 31-I, 32C - 32J, 33C - 33J, 34C - 34-I, 35C - 35-I, 36C - 36-I, 37C - 37-I, 38B - 38H, 39C -39-I, 40C - 40-I, 41C - 41-I, 42C - 42-I, 43C - 43-I, 44C - 44-I, 45C - 45-I, 46B - 46H, 47C - 47J, 48 - 48F, 49 - 49F, 50 - 50F, and 51 - 51F.

Defendant (02)Wesley Uemura's request for a proposed limited jury instruction- DENIED.

Further Jury Trial, 3rd day- continued to 9/28/2006 @9:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager