# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (01) Michael Furukawa |
| | (02) Wesley Uemura |
| | (03) Dennis Hirokawa |
| | (04) Richard Okada |
| ATTYS FOR PLA: | Lawrence L. Tong |
| | Lawrence A. Goya |
| ATTYS FOR DEFT: | (01) Howard K.K. Luke |
| | (02) Clifford B. Hunt |
| | (03) Keith Shigetomi |
| | (04) Dana Ishibashi |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 9/28/2006 | TIME: | 9:00am-12:00pm |
| | | | 1:30pm-4:50pm |

COURT ACTION:  EP: Further Jury Trial-3rd day.

Defendant (01) Michael Furukawa, present not in custody.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, present not in custody.

Defendant (04) Richard Okada, present not in custody.

Juror #6 queried in the absence of the jury.

12 jurors, 3 alternates present.

Governments' Witnesses: Harry Shibuya, Ernest Tanaka.

Governments' Exhibits Received: 3-3b,4-4b,5-5b,6-6b,7-7b,8-8b,9-9b,10-10b,11-11b,12,13,14-14b,15-15b,16-16a,17-17a,18-18b,19-19b,20-20b,21-21b,22-22b,23-23b,24-24b,25-25b,26-26b,27-27b,28-28b,29-29b,30-30b,31-31b,32-32b,33-33b,34-

34b,35-35b,36-36b,37-37b,38-38b,39-39b,40-40b,41-41b,42-42b,42-42b,43-43b,44-44b,45-45b,46-46b,20M, 30M.

Defendant Wesley Uemura's Exhibits Received:  02-09.

Further Jury Trial, 4th day- continued to 9/29/2006 @9:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager