# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 04-00243DAE

CASE NAME:    USA v. (01) Michael Furukawa
(02) Wesley Uemura
(03) Dennis Hirokawa
(04) Richard Okada

ATTYS FOR PLA:    Lawrence L. Tong
Lawrence A. Goya

ATTYS FOR DEFT:    (01) Howard K.K. Luke
(02) Clifford B. Hunt
(03) Keith Shigetomi
(04) Dana Ishibashi

JUDGE:    David Alan Ezra    REPORTER:    Cynthia Fazio

DATE:    9/29/2006    TIME:    9:00am-12:00pm
2:00pm-4:30pm

COURT ACTION:  EP: Further Jury Trial-4th day.

Defendant (01) Michael Furukawa, present not in custody.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, present not in custody.

Defendant (04) Richard Okada, present not in custody.

12 jurors, 3 alternates present.

Governments' Witnesses: Ernest Tanaka, Bert Shiosaki, Ross Yamashiro.

Governments' Exhibits Received: 38K,41L,47,47A,

Further Jury Trial, 5th day- continued to 10/3/2006 @9:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager