# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 04-00243DAE

CASE NAME:       USA v. (01) Michael Furukawa
                       (02) Wesley Uemura
                       (03) Dennis Hirokawa
                       (04) Richard Okada

ATTYS FOR PLA:

ATTYS FOR DEFT:

---

JUDGE:    David Alan Ezra              REPORTER:

DATE:     10/3/2006                    TIME:

---

COURT ACTION:  EO: Jury Trial-1st day.

AMENDED Governments' Exhibits Received: 1b-1g, 12a, 13a, 46b-46d, 46f, 46k, 46g, 46h, 2, 2a-2b, 1.


Submitted by: Theresa Lam, Courtroom Manager