# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 04-00243DAE

CASE NAME:       USA v. (01) Michael Furukawa
                       (02) Wesley Uemura
                       (03) Dennis Hirokawa
                       (04) Richard Okada

ATTYS FOR PLA:

ATTYS FOR DEFT:

---

JUDGE:    David Alan Ezra         REPORTER:

DATE:     10/3/2006               TIME:

---

COURT ACTION:  EO: Further Jury Trial-2nd day.

AMENDED Governments' Exhibits Received: 1A, 1H, 1I,


Submitted by:  Theresa Lam, Courtroom Manager