# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 04-00243DAE

CASE NAME:       USA v. (01) Michael Furukawa
                 (02) Wesley Uemura
                 (03) Dennis Hirokawa
                 (04) Richard Okada

ATTYS FOR PLA:

ATTYS FOR DEFT:

JUDGE:    David Alan Ezra         REPORTER:

DATE:     10/3/2006               TIME:

COURT ACTION:  EO: Further Jury Trial-3rd day.

AMENDED Governments' Exhibits Received: 3-3b,4-4b,5-5b,6-6b,7-7b,8-8b,9-9b,10-10b,11-11b,12,13,14-14b,15-15b,16-16b,17-17b,18-18b,19-19b,20-20b,21-21b,22-22b,23-23b,24-24b,25-25b,26-26b,27-27b,28-28b,29-29b,30-30b,31-31b,32-32b,33-33b,34-34b,35-35b,36-36b,37-37b,38-38a,39-39b,40-40b,41-41b,42-42b,43-43b,44-44b,45-45b,46-46a,20M, 30M.

Submitted by:  Theresa Lam, Courtroom Manager