# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 04-00243DAE

CASE NAME:       USA v. (01) Michael Furukawa
                      (02) Wesley Uemura
                      (03) Dennis Hirokawa
                      (04) Richard Okada

ATTYS FOR PLA:   Lawrence L. Tong
                 Lawrence A. Goya

ATTYS FOR DEFT:  (01) Howard K.K. Luke
                 (02) Clifford B. Hunt
                 (03) Keith Shigetomi
                 (04) Dana Ishibashi

---

JUDGE:    David Alan Ezra          REPORTER:    Cynthia Fazio

DATE:     10/3/2006                TIME:        9:00am-12:00pm
                                                2:00pm-4:30pm

---

COURT ACTION:  EP: Further Jury Trial-5th day.

Defendant (01) Michael Furukawa, present not in custody.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, present not in custody.

Defendant (04) Richard Okada, present not in custody.

Defendants queried regarding alternate juror #3.  Defendant (02) Wesley Uemura's Oral Motion to excuse alternate#3-GRANTED.

Alternate juror#3 dismissed.

12 jurors, 2 alternates present.

Governments' Witnesses: Reuben Takeshita, Roy Shimotsukasa.

Governments' Exhibits Received:  52,53,54,55,46L-46R.

Further Jury Trial, 6th day- continued to 10/4/2006 @9:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager