# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/4/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 04-00243DAE

CASE NAME: USA v. (01) Michael Furukawa
                  (02) Wesley Uemura
                  (03) Dennis Hirokawa
                  (04) Richard Okada

ATTYS FOR PLA: Lawrence L. Tong
              Lawrence A. Goya

ATTYS FOR DEFT: (01) Howard K.K. Luke
                (02) Clifford B. Hunt
                (03) Keith Shigetomi
                (04) Dana Ishibashi

JUDGE: David Alan Ezra          REPORTER: Cynthia Fazio

DATE: 10/4/2006                 TIME: 9:00am-12:00pm
                                      1:30pm-4:30pm

COURT ACTION: EP: Further Jury Trial-6th day.

Defendant (01) Michael Furukawa, present not in custody.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, present not in custody.

Defendant (04) Richard Okada, present not in custody.

12 jurors, 2 alternates present.

Governments' Witnesses: Michael Masutani, Roy Yoshida, Stanford Miyamoto.

Further Jury Trial, 7th day- continued to 10/5/2006 @9:00amDAE.

Submitted by: Theresa Lam, Courtroom Manager