LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE          2049
Davies Pacific Center
841 Bishop St., Suite 2022
Honolulu, Hawaii 96813
Tel.:    (808) 545-5000
Fax:    (808) 523-9137
Email: howardkkluke@hawaii.rr.com

Attorney for Defendant
 MICHAEL FURUKAWA (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  04-00243-01-DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT MICHAEL |
| | ) | FURUKAWA'S (01) FIRST |
| vs. | ) | SUPPLEMENTAL WITNESS |
| | ) | LIST; CERTIFICATE OF SERVICE |
| MICHAEL FURUKAWA,      (01) | ) | |
| WES UEMURA,             (02) | ) | TRIAL:       September 20, 2006 |
| DENNIS HIROKAWA,        (03) | ) | |
| RICHARD OKADA,          (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEEFENDANT MICHAEL FURUKAWA'S  (01)
FIRST SUPPLEMENTAL WITNESS LIST

Defendant Michael Furukawa (01) hereby submits his first

supplemental witness list:

Russell Mikami

DATED:    Honolulu, Hawaii, October 12, 2006.

/s/ Howard K. K. Luke
HOWARD K.  K.  LUKE

Attorney for Defendant
MICHAEL FURUKAWA (01)