CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>:

| | |
|---|---|
| LAWRENCE A. TONG, A.U.S.A<br>larry.tong@usdoj.gov<br>Attorney for Plaintiff UNITED STATES OF AMERICA | October 12, 2006 |
| CLIFFORD B. HUNT, ESQ.<br>notguilty007@msn.com<br>Attorney for Defendant WESLEY UEMURA | October 12, 2006 |
| DANA S. ISHIBASHI<br>ishibashi@aol.com<br>Attorney for Defendant RICHARD OKADA | October 12, 2006 |

<u>Served by first class mail</u>:

| | |
|---|---|
| LAWRENCE ATSUSHI GOYA<br>Office of the United States Attorney<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd, Suite 6100<br>Honolulu, HI 96850<br>Attorney for Plaintiff UNITED STATES OF AMERICA | October 12, 2006 |
| KEITH S. SHIGETOMI, ESQ.<br>711 Kapiolani Blvd., Suite 1440<br>Honolulu, HI 96813<br>Attorney for Defendant DENNIS HIROKAWA | October 12, 2006 |

DATED: Honolulu, Hawaii, October 12, 2006.

/s/ Howard K. K. Luke