# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (01) Michael Furukawa |
| | (02) Wesley Uemura |
| | (03) Dennis Hirokawa |
| | (04) Richard Okada |
| ATTYS FOR PLA: | Lawrence L. Tong |
| | Lawrence A. Goya |
| ATTYS FOR DEFT: | (01) Howard K.K. Luke |
| | (02) Clifford B. Hunt |
| | (03) Keith Shigetomi |
| | (04) Dana Ishibashi |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/20/2006 | TIME: | 9:00am-12:00am |
| | | | 1:30pm-4:20pm |

COURT ACTION:  EP: Further Jury Trial-12th day.

Defendant (01) Michael Furukawa, present not in custody.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, present not in custody.

Defendant (04) Richard Okada, present not in custody.

12 jurors, 2 alternates present.

Governments' Witness:  SA Mark Nakatsu.

Government rests.

Defendants' Motion for Judgment of Acquittal-DENIED.

Defendants' Motion for a Mistrial-DENIED.

Defendants' Motion to Dismiss/Strike Overt Acts-DENIED.

Defendant Richard Okada's opening statement.

Defendant (01) Michael Furukawa's witnesses: Kirk Inoue, Russell Mikami.

Defendant (01) Michael Furukawa rests.

Defendant (02) Wesley Uemura's witness: Yoshio Komatsu.

Defendant (02) Wesley Uemura rests.

Further Jury Trial, 13th day- continued to 10/24/2006 @9:30amDAE.

Submitted by:  Theresa Lam, Courtroom Manager