* * *UNEDITED ROUGH -- DO NOT CITE * * *

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3   UNITED STATES OF AMERICA,    )    CRIMINAL NO. 04-00243DAE
                                  )
 4              Plaintiff,        )    Honolulu, Hawaii
                                  )    October 17, 2006
 5        vs.                     )    9:11 a.m.
                                  )
 6   (01) MICHAEL FURUKAWA,       )    FURTHER JURY TRIAL
     (02) WESLEY UEMURA,          )    (TESTIMONY OF
 7   (03) KEITH SHIGETOMI,        )     SHEILA WALTERS)
     (04) RICHARD OKADA,          )
 8                                )
                Defendants.       )
 9   _____)

10              PARTIAL TRANSCRIPT OF JURY TRIAL
          BEFORE THE HONORABLE DAVID ALAN EZRA,
11              UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Government:          LAWRENCE L. TONG, Esq.
                                  Assistant U.S. Attorney
14                                LAWRENCE A. GOYA, Esq.
                                  Special Assistant U.S. Attorney
15                                District of Hawaii
                                  Room 6100 - PJKK Federal Bldg.
16                                300 Ala Moana Blvd.
                                  Honolulu, Hawaii 96813
17
     For Defendant Furukawa:      HOWARD K. K. LUKE, Esq.
18                                Law Office of Howard K. K. Luke
                                  841 Bishop Street, Suite 2022
19                                Honolulu, Hawaii 96813

20   For Defendant Uemura:        CLIFFORD B. HUNT, Esq.
                                  Law Office of Clifford Hunt
21                                333 Queen Street, Suite 612
                                  Honolulu, Hawaii 96813-0003
22
     For Defendant Hirokawa:      KEITH S. SHIGETOMI, Esq.
23                                711 Kapiolani Blvd., Suite 1440
                                  Honolulu, Hawaii 96813
24
     For Defendant Okada:         DANA S. ISHIBASHI, Esq.
25                                568 Halekauwila Street, 2nd Flr.
                                  Honolulu, Hawaii 96813
```

EXHIBIT A

1

2

3    Official Court Reporter:         Cynthia Fazio, RMR, CRR
                                      United States District Court
4                                     P.O. Box 50131
                                      Honolulu, Hawaii 96850
5

6

7

8

9

10

11

12

13    Proceedings recorded by machine shorthand, transcript produced
      with computer-aided transcription (CAT).
14

15

16

17

18

19

20

21

22

23

24

25

1                              I N D E X

GOVERNMENT'S WITNESSES:                              Page No.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1   TUESDAY, OCTOBER 17, 2006

 2                         *  *  *  *  *

 3                  (Start of partial transcript:)

 4   MR. GOYA:  Our next witness will be Sheila Walters, Your Honor.

 5                      SHEILA K. WALTERS,

 6   called as a witness by the Government, having been first duly

 7   sworn, was examined and testified as follows:

 8              THE CLERK:  Okay.  Please have a seat.

 9              State your name for the record and spell your last

10   name.

11              THE WITNESS:  My name is Sheila K. Walters,

12   W-A-L-T-E-R-S.

13                      DIRECT EXAMINATION

14   BY MR. GOYA:

15   Q    Good morning, Ms. Walters.  Could you tell us your

16   occupation, please?

17   A    I am an accounting systems manager for the State of

18   Hawaii, Department of Accounting and General Services.

19   Q    And could you explain to the court and the jury what the

20   Department of Accounting and General Services does?

21   A    We're responsible for process -- issuing and processing

22   state checks for the state departments.

23   Q    And just as a matter of explaining what the Department of

24   Accounting and General Services does, does it also include

25   several state agencies?
```

1    A    There is attached agencies like the State procurement

2    office, State archives, State foundation on the culture and the

3    arts.

4    Q    All right.  And how long have you been working with the

5    Department of Accounting and General Services?

6    A    25 years.

7    Q    And the branch that you work for is called?

8    A    Preaudit branch.

9    Q    And could you explain what that branch does?

10   A    The preaudit branch receives summary warrant vouchers over

11   the counter.  We -- one section receives it, the next section

12   reviews and approves for payment, then it gets routed to

13   another branch, then the following day if everything is okay

14   and the vouchers clear the file then the checks are retrieved

15   by the clerical branch and then we process the checks.

16        MR. LUKE:  Well, Your Honor, I'm sorry to interrupt I

17   have an objection.  If the witness testifies as to what the

18   policy is, I have no objection at this point.  But if she

19   testifies what actually happens with a specific document, then

20   I clearly have an objection, Your Honor.  It's not based upon

21   her personal knowledge.

22        THE COURT:  Well, we don't know that yet so we won't

23   find out until the question is asked and if there's the right

24   foundation.  So, telling me what your objection may be down the

25   road is not --

1          MR. LUKE:  Very well.

2          THE COURT:  -- real helpful.

3          MR. LUKE:  I'm sorry, her last answer I think is she's

4     testified what happens to these documents as opposed to what

5     the procedural policy is with respect to these documents.

6          THE COURT:  Well, if that was an objection, the

7     objection is overruled.

8          MR. LUKE:  Okay.

9     BY MR. GOYA:

10    Q     Ms. Walters, would it be fair to say then that what your

11    office is does is it verifies documentation and issues checks

12    upon proper review of the documentation?

13    A     Yes.

14    Q     Now, does your -- do your duties also include being the

15    custodian of records relative to payments the State makes?

16    A     Yes.

17    Q     Could you sort of help us by maybe getting the microphone

18    a little closer to yourself?

19    A     Okay.

20    Q     If you could try to speak into the mike.  Okay.  Thank

21    you.

22          Now, Ms. Walters, what I'll be talking to you about

23    would be procedures that your branch does in the process of

24    issuing State checks.  Now, first of all, are you familiar with

25    a document that's called a summary warrant voucher?

1    A    Yes.

2    Q    And can you tell us what that is?

3    A    The summary warrant voucher is generated by the department

4    and is the mechanism used to pay vendors and contractors.

5    Q    All right.  So, for example, if a check was being

6    requested by, let's say the Department of Transportation, the

7    Airport Division, who would prepare the summary warrant voucher

8    for that?

9    A    The department --

10         MR. LUKE:  Well, objection, Your Honor.  Lack of

11   foundation.

12         THE COURT:  Why don't you establish what her knowledge

13   is first of the structure there so she could answer the

14   question, if she can answer it.

15         MR. GOYA:  All right.

16   BY MR. GOYA:

17   Q    Now, in terms of checks being issued by your branch, where

18   do those checks come from?

19   A    The --

20         MR. LUKE:  Your Honor same objection.  The -- I only

21   ask that would she know where the checks come from, that's all

22   I'm asking, Your Honor.

23         THE COURT:  Yeah, you have to lay a foundation

24   counsel.  You can't just ask her where do the checks come from.

25   You may have in your own mind that she knows, maybe she does

1    know.  But we have to lay a record for the jury, the court as

2    to what the basis of her knowledge is.

3          MR. GOYA:  Very well, Your Honor.  Thank you.

4    BY MR. GOYA:

5    Q    Ms. Walters, in terms of your responsibilities as the, I

6    guess the branch manager for the Preaudit Division, what kinds

7    of things do you do with regard to the issuance of State

8    checks?

9    A    I oversee three different sections.  The first section,

10   the clerical section is responsible for receiving the summary

11   vouchers over the counter from various -- from --

12   Q    Okay.  Maybe I'm -- I'm -- I'm trying to elicit too much

13   information from you.

14          In terms of what it is that you do, first of all, you

15   oversee the overall operations of your branch?

16   A    Yes.

17   Q    And in terms of requests that are received for checks, are

18   you familiar with the various agencies that would be

19   responsible -- that would be submitting requests to your

20   branch?

21   A    Yes.

22   Q    Okay.  And are you familiar with the various branches of

23   the government that would be submitting requests for checks to

24   your branch?

25   A    Yes.

1    Q     And would they include the Department of Transportation?

2    A     Yes.

3    Q     And would it also include the Airport Division of the

4    Department of Transportation, State of Hawaii?

5    A     Yes.

6    Q     Now, with regard to the kinds of requests -- or excuse me,

7    with regard to the summary warrant vouchers that would come

8    from the Airport Division, Department of Transportation, have

9    you overseen the processing of summary warrant vouchers from

10   that section?

11   A     Yes.

12   Q     Okay.  And in terms of the summary warrant vouchers, as

13   regard to the Airport Division, who would prepare those kinds

14   of documents?

15   A     The fiscal office of the Airports Division.

16   Q     And how do you know that?

17   A     The authorized signer on the vouchers.

18   Q     Would be?

19   A     They would have a -- they would submit a listing of who's

20   authorized to sign.

21          MR. LUKE:  Objection, Your Honor.  Lack of foundation,

22   calls for speculation.  The witness has not been established to

23   be competent to answer the questions, Your Honor.

24          THE COURT:  The objection is overruled.

25          MR. LUKE:  Your Honor, I have an objection that it

1   seems like where we're heading calls for expert opinion and I

2   object to this --

3          THE COURT:  Well, if they ask -- counsel, you're doing

4   it again.  Where we're heading.  You have to wait until he

5   heads there, okay, then you make your objection.

6          MR. LUKE:  All right.

7          THE COURT:  You may be absolutely right and if you are

8   I'll sustain the objection.  But you can't do it until he asks

9   it.

10  BY MR. GOYA:

11  Q    All right.  Now, what I'd like to do is show you a

12  document on the screen and this will be, I believe it's

13  Government Exhibit 4J.

14         MR. GOYA:  If we could have the upper portion of that

15  document enlarged, please.

16  BY MR. GOYA:

17  Q    Now, Ms. Walters, do you recognize what this is?

18  A    That's a summary warrant voucher, yes.

19  Q    And how do you know that?

20  A    By the heading and by the formatting.

21  Q    All right.  And is there any indication of when it was

22  that this summary warrant voucher was prepared?

23  A    It was in the upper right-hand corner, the run date was

24  July 16th, 1999.

25  Q    And is there some kind of reference as to what this

1    particular request would be?

2    A    It's -- it was generated by the Department of

3    Transportation and it's the -- it's their batch reference

4    number C zero zero zero 24.

5    Q    All right.  And could you explain to us what a batch

6    reference number would be?

7    A    The batch reference number is used by the department to

8    track the summary warrant vouchers for payment of vendors.

9             MR. LUKE:  I have to object.  Lack of foundation,

10   hearsay.  She's not an expert, no personal knowledge, calls for

11   speculation, she lacks competence to testify as to whether in

12   fact what she has testified to is true or not.

13            THE COURT:  Well, this doesn't call for an expert

14   opinion, it calls for her understanding based upon her work

15   experience of what the process is.  The objection is overruled.

16   BY MR. GOYA:

17   Q    Ms. Walters, there's a set of heading -- headings for

18   columns.  First one seems to be cut off.  What would that

19   heading be?

20   A    Line item number.

21   Q    And what does that refer to?

22   A    It's the order of the printing of the payments to vendors.

23   Q    And the next heading would be?

24   A    Vendor name.

25   Q    And what does that mean?

1  A    That's the vendor that the department is going to pay.

2  Q    All right.  And the next heading, column heading?

3  A    Vendor number suffix our system uses the vendor number

4  established for a specific vendor.

5  Q    And the amount?

6  A    Is based on the department's approving their invoice

7  payment.

8  Q    All right.  So, just as an example, we'll focus on line

9  number three.

10        MR. GOYA:  If we could have that sort of highlighted.

11 BY MR. GOYA:

12 Q    First of all, beginning with the number zero three, what

13 would that signify?

14 A    That that's a third vendor being paid on that voucher.

15 Q    And the next name over -- or the next words over, what

16 would that pertain to?

17 A    That would be the vendor the department is authorizing

18 payment to.

19 Q    Okay.  And in this case that would be which business?

20 A    Argent Construction, Inc.

21 Q    And this next series of numbers?

22 A    That's the number specifically assigned to Argent

23 Construction, Inc.

24 Q    And the last set of numbers?

25 A    That would be based on the invoice that's being paid.

1    Q    And the dollar amount, please?

2    A    8,359?  Oh, eight thousand eight -- I can't -- is it --

3    Q    We'll try to --

4    A    8,859.

5    Q    Okay.  Thank you.  Now, with regard to this summary

6    warrant voucher, what would you expect to have other documents

7    coming along with this summary warrant voucher?

8    A    The original invoice and the purchase order.

9    Q    Okay.

10              MR. GOYA:  Now, if we could have Exhibit 4H on the

11    screen, please.  And if we could have the upper portion of that

12    document blown up?

13    BY MR. GOYA:

14    Q    Now, do you recognize what this would be?

15    A    That's the purchase order that was issued to that vendor.

16    Q    All right.  Now, with regard to this document, what is it

17    called?

18    A    Purchase order, requisition and purchase order.  We call

19    it purchase order.

20    Q    All right.  And what is it requesting?

21    A    I guess "provide labor, equipment, cools and materials to

22    repair cracked floor terrazzo across women's restroom, fronting

23    gift shop, second level.  Price to include all taxes and

24    incidentals necessary to complete the project."

25    Q    All right and the amount of money that was allocated to

1    this job?

2    A    $8,859.

3    Q    And which business was this to apply to?

4    A    Argent Construction, Inc.

5         MR. GOYA:  If we could move on to Exhibit 4 I?  And

6    again, if we could have that blown up, please.

7    BY MR. GOYA:

8    Q    And do you recognize what that would be?

9    A    That would be the invoice issued by Argent Construction,

10   Inc. to the State of Hawaii, airports maintenance.

11        MR. GOYA:  And if we could have the low -- lower half

12   of that.

13   BY MR. GOYA:

14   Q    Okay.  Now, there appear to be some initials and a rubber

15   stamp.  Could you explain what that would be?

16   A    It's -- it would -- it's the mechanism by which the

17   program person is saying that the purchase that the invoice is

18   okay to pay and that it was a one and final payment on that

19   purchase order and that he's certifying that the goods and

20   services was received satisfactorily and he's recommending

21   payment by, and I don't know the person's initial.  And it's

22   approved for payment.

23   Q    And the amount that was being authorized for payment?

24   A    $8,859.

25   Q    All right.  Now, when your branch receives these kinds of

1 documentation, what does it do with it?

2    MR. LUKE:  Objection, Your Honor.  Lack of foundation.

3 Calls for speculation.

4    THE COURT:  Sustained.

5 BY MR. GOYA:

6 Q First of all, the kinds of documents that we just went

7 through, the purchase order, the invoice and the summary

8 warrant voucher, were those documents received by your branch?

9 A Yes.

10    MR. LUKE:  Objection, Your Honor.  Again, same -- lack

11 of foundation, calls for speculation.  Lack of foundation.

12    THE COURT:  Yeah, you have to lay a better foundation.

13 The objection is sustained.

14 BY MR. GOYA:

15 Q The documents that you received -- excuse me, the

16 documents that you just testified about, would they be the

17 kinds of documents that you would see -- would have received?

18 A Yes.

19    MR. LUKE:  Same -- same objection, Your Honor, lack of

20 foundation.

21    THE COURT:  Okay.  Overruled.

22 BY MR. GOYA:

23 Q And how would you know that?

24 A We -- I -- you mean on a general basis?

25 Q Yes.

1    A    We do receive summary warrant vouchers over the counter

2    for payment of vendors, of the State's vendors.

3    Q    All right.  And --

4        MR. LUKE:  Based upon her answer, Your Honor, I renew

5    my objection, move to strike.  She -- she prefaced her response

6    with based upon a general purpose or practice, whatever --

7    based upon the general -- I forget --

8        THE COURT:  But that's what she's testifying to.

9    She's not testifying as to what happened with this specific

10   document.  So the objection is overruled.

11   BY MR. GOYA:

12   Q    Now, when your -- if your agency receives these kinds of

13   documents, what does it do with it?

14   A    The first step is we date stamp the summary warrant

15   voucher on the back, on the first page.  Then it gets

16   transferred to the vouchering section.

17   Q    And then what happens to it?

18   A    The vouchering section will what we call preaudit the

19   voucher, making sure that, you know, that the voucher is signed

20   by the appropriate -- by appropriate person.

21       MR. LUKE:  Objection, Your Honor.  Lack of foundation.

22       THE COURT:  Overruled.

23   BY MR. GOYA:

24   Q    Please continue.

25   A    And -- and would review the voucher and process it to the

1  supervisor who would also do a review and initial off, and then

2  it gets submitted to another branch who releases the voucher

3  into the system.  Shall I --

4  Q    Now, if I could have you take a look at Exhibit 34 I.

5  Excuse me, Exhibit 4 K.

6         Are you familiar with this kind of document?

7  A    A report 106.  Yes.

8  Q    Okay.  And can you explain what this kind of document is?

9  A    The report 106 is generated when the checks gets

10  generated.  It's returned to the department to let the

11  department know, to notify the department that the checks --

12  this -- the payees listed on that voucher, the checks

13  associated with that voucher have been generated.

14  Q    All right.  Now, how --

15         MR. LUKE:  I apologize, I didn't hear the response,

16  the check has been?  I don't want to ask the -- check has been?

17         THE COURT:  What was your last answer?

18         THE WITNESS:  That this is -- this report 106 is the

19  official notification to the department that the checks that

20  the payments authorized on the summary warrant voucher C zero

21  zero zero 24 was issued by checks.

22         MR. LUKE:  Thank you.

23  BY MR. GOYA:

24  Q    All right.  Now, when you say C zero zero zero 24, you're

25  talking about the set of numbers that appear next to the entry

1    department voucher?

2    A    Yes.

3    Q    Now, the next line down, what would that pertain to?

4    A    That's the comptroller voucher number.

5    Q    And the number is?

6    A    Zero zero zero eight 49.

7    Q    And does that number correspond to any of the numbers that

8    you testified about with regard to the summary warrant voucher?

9    A    That's the number that's assigned by the uniform

10   accounting branch prior to releasing the voucher into the

11   system so that a check can be generated.

12   Q    Okay.

13            MR. GOYA:  Now, if we could see the lower half of that

14   same document.

15   BY MR. GOYA:

16   Q    Okay.  Now, just to be clear, this document is something

17   that your branch would be responsible for?

18   A    Yes.

19   Q    And your responsibilities as overseeing the operations of

20   your branch would include overseeing the preparation of this

21   kind of document?

22   A    Yes.

23   Q    Now, we see again a set of numbers that appear on the

24   left-hand column of this page.  Could you tell us what those

25   numbers pertain to?

1    A    That's the sequence of the printing of the summary warrant

2    voucher.  So it ties back to the summary warrant voucher.  That

3    for line item three Argent Construction on the summary warrant

4    voucher is being paid by that check.

5    Q    I see.  And we have a set of numbers that appear on the

6    far right of the document, the first set of numbers pertain to

7    what exactly, please?

8    A    The amount being paid.

9    Q    And that is?

10   A    Eight hundred -- $8,859 and no cents.

11   Q    And these last set of numbers on the far right?

12   A    That is the check number generated to pay the $8,859.

13   Q    All right.  And this document would be prepared after the

14   proper reviews of the summary warrant vouchers, the invoices

15   and purchase orders had been completed would that --

16            MR. LUKE:  Objection.  Leading.

17            THE COURT:  Sustained.

18   BY MR. GOYA:

19   Q    When would this document be prepared?

20   A    It gets generated when the checks get generated as parts

21   of the checks issuance process.

22   Q    And is there some kind of check verification process

23   before the checks get issued?

24   A    I don't understand.

25   Q    Is there a review that happens before the check is issued?

1          MR. LUKE:  Objection.  Leading -- excuse me, calls for

2     speculation, lack of foundation.

3          THE COURT:  Overruled.

4          THE WITNESS:  The voucher would have been approved for

5     payment before this report and the checks gets generated.

6     BY MR. GOYA:

7     Q    Okay.  But that would have to be verified?

8     A    Yes.

9     Q    Okay.

10         MR. GOYA:  Now, the next step or the next document is

11    Government's Exhibit 4 L, please.

12    BY MR. GOYA:

13    Q    And could you tell us what this would be?

14    A    That's the State of Hawaii check issued to Argent

15    Construction, Inc.

16    Q    In what amount?

17    A    $8,859 and no cents.

18    Q    Now, that are set of numbers that appear on the face of

19    this check.  First of all, in the upper left-hand corner what

20    would those numbers respond to?

21    A    That's the check number S zero zero 8257.

22    Q    And with regard to the warrant number listing, how would

23    that tie back?

24    A    In the lower third on the left-hand side, the voucher

25    number zero zero zero eight 49 is the comptroller number

1    voucher that was printed on the report 106.

2    Q     Okay.

3          MR. GOYA:  And if we could flashback to Government's

4    Exhibit 4 K.

5    BY MR. GOYA:

6    Q     Now, you mentioned that the the voucher number appears on

7    the face of the check?

8    A     Yes.

9    Q     And is it appears to be zero zero zero eight 49.  Where

10   would it tie back to the warrant number listing?

11   A     It's the second line under, you see the comptroller --

12   yeah, over there.

13   Q     And it would be --

14   A     So --

15   Q     -- where it says comptroller voucher?

16   A     Number --

17   Q     And zero zero zero eight 49?

18   A     -- 49, yes.

19         MR. GOYA:  Now if we could go back to the check,

20   please.

21   BY MR. GOYA:

22   Q     And in the upper left-hand corner of the check there are a

23   series of numbers?

24   A     That's the check number.

25   Q     And where would that tie back to on the summary warrant

1    voucher?

2    A    In the extreme right-hand column.  Yes.  That's the check

3    number.

4    Q    Okay.  All right.  Now, how would we know that these

5    documents, the warrant number listing and the check itself tie

6    back to the summary warrant voucher?

7    A    As I was saying on the check there's a voucher number.  On

8    the report 106 you have both the departmental voucher number

9    and the comptroller voucher number which if you go back to the

10   summary warrant voucher you will see the departmental number on

11   top and in the lower corner would be the summary warrant

12   voucher assigned by the unified accounting branch.

13   Q    Okay.

14        MR. GOYA:  So if we could have Exhibits 4J and four K

15   side-by-side, please.

16   BY MR. GOYA:

17   Q    Okay.  Again, to go through your testimony, how would

18   these two documents be verified as saying that they are in fact

19   based on the request made on the summary warrant voucher?

20   A    The -- I think on the third line on the left-hand side of

21   the summary warrant voucher it should show C zero zero zero 24.

22   Q    Okay.  And that compares with the same information that

23   appears on the upper left of Government's Exhibit 4 K?

24   A    Yes.

25   Q    Now, once the check is issued, what happens to the check?

```
 1    A    The --

 2              MR. LUKE:  Well, objection.  Lack of foundation, calls

 3    for speculation.

 4              THE COURT:  Overruled, but it doesn't make any

 5    difference because we have to break at this time.

 6              Can we have the lights?

 7              THE CLERK:  (Complying).

 8              THE COURT:  Okay.  It's time for the noon recess.  I

 9    do not, I'm happy to report, have anything at 1:30.  So, we

10    will come right back into trial at 1:30 this afternoon.

11              Just as a little bit of a heads up, we should have a

12    full day of trial tomorrow.  Do I have any hearings tomorrow?

13    No, we'll have a full day of trial tomorrow, shouldn't have any

14    problems.

15              On Thursday we will have to break at 11:30.  I'm going

16    to be issuing a decision on a non-jury trial which I presided

17    over involving a medical malpractice matter at the Tripler Army

18    Medical Center and because of the nature of the case and the

19    importance of the case to the community, the court is going to

20    do what I do occasionally and that is issue the decision in

21    open court.  Okay?

22              All right.  And that should just -- that means we'll

23    just break a little early for lunch.  Okay?

24              MR. LUKE:  Yes, Your Honor, and Thursday we will be

25    reconvening in the afternoon?
```

```
1              THE COURT:  Oh, absolutely.
2              MR. LUKE:  Thank you.
3              THE COURT:  We'll reconvene at 1:30.  We'll just be
4    taking a little bit of an early recess.  I'm trying to give you
5    a little bit of a heads up so in case you're doing your
6    planning, give you an opportunity to do a little more planning.
7    Okay?
8              All right.  Court stands in recess until 1:30.  Thank
9    you.
10             (A recess was taken from 12:01 p.m. to 1:46 p.m.)
11             (The following proceedings were held in open court out
12   of the presence of the jury:)
13             THE COURT:  You can be seated.
14             The court would note the presence of counsel, the
15   absence of the jury.
16             I understand we've got a couple of jurors who because
17   of the warmth in the courtroom, and I guess Mr. Hunt also is
18   not feeling well as a result of it -- I'm glad to hear it isn't
19   me, Mr. Hunt, it's the temperature in the courtroom -- I have
20   called down to GSA and read them the riot act about the fact
21   that they have not attended to my complaints about the
22   temperature in here for the last 3 weeks.  They were supposed
23   to have done something last week when we were all in recess and
24   needless to say they obviously didn't do anything.
25             I don't want to lose the whole afternoon, but they're
```

1    going to come in and start work not guilty here trying to

2    balance the air conditioning.  And I guess we're going to have

3    to, I don't know how we're doing there, Mr. Tong?  How many

4    more witnesses do you have?

5              MR. TONG:  We're seeing light at the end of the tunnel

6    Your Honor.  I mean after Ms. Walters finishes, we have I think

7    three more witnesses.  One --

8              THE COURT:  How much more do you have with her?

9              MR. GOYA:  I'm guessing, Your Honor, but probably

10   another 45 minutes of direct.

11             THE COURT:  And do you see much cross-examination for

12   her.

13             MR. LUKE:  Your Honor, I think my cross will be as to

14   the point as it has been in the last since the morning and last

15   week.

16             THE COURT:  Yeah, isn't --

17             MR. LUKE:  I don't know what that means.

18             THE COURT:  There's lots of cross --

19             MR. LUKE:  Some areas certainly not going to take

20   anywhere near as --

21             THE COURT:  Yeah, I'm -- what I'm inclined to do is to

22   let you finish this witness so we can get this done and then

23   we're probably going to have to recess for the afternoon so

24   they can get working in here.

25             See, when nobody is in here, it kind of cools down a

```
 1    little bit but as soon as we get the jury in here, the
 2    temperature goes up and it's been close to 80 degrees in here.
 3    And that's why you feel bad you know, because it is just hot
 4    and it's very humid and I can assure you, Mr. Hunts, that
 5    you're not coming down with malaria.
 6              MR. HUNT:  Thank you, Judge.
 7              THE COURT:  It is hot and I -- I feel it up here
 8    because I'm higher, you know, the hot air rises and I'm wearing
 9    this polyester muumuu up here and it is warm.  So.
10              MR. TONG:  It's hot down here, too, Your Honor.
11              THE COURT:  Is it.
12              MR. TONG:  I thought because I was sitting next to my
13    friend Mr. Luke.
14              THE COURT:  No, he's -- he's a cool cat.  All right.
15    So let's bring the jury in.  I will explain to them that we're
16    going to do this one -- finish this one recess and then we'll
17    take a recess.
18              THE COURT:  Yes, Mr. Tong.
19              MR. TONG:  May we release our other witness then?
20              THE COURT:  Yes, yes.  We need to let them have access
21    to the place and check it out and do whatever they have to do.
22                   (Pause in the proceedings.)
23         (The following proceedings were held in open court in
24    the presence of the jury:)
25              THE COURT:  All right.  The court would note the
```