CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this date, a true and correct copy of the foregoing was served on the following by personal service:

LAWRENCE A. TONG, A.U.S.A
LAWRENCE ATSUSHI GOYA, ESQ.
Office of the U.S. Attorney
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850
Attorney for Plaintiff UNITED STATES OF AMERICA

CLIFFORD B. HUNT, ESQ.
333 Queen St., Ste 612
Honolulu, HI 96813
Attorney for Defendant WESLEY UEMURA

DANA S. ISHIBASHI
568 Halekauwila St., Fl. 2
Honolulu, HI 96813
Attorney for Defendant RICHARD OKADA

KEITH S. SHIGETOMI, ESQ.
711 Kapiolani Blvd., Suite 1440
Honolulu, HI 96813
Attorney for Defendant DENNIS HIROKAWA

DATED: Honolulu, Hawaii, October 25, 2006.

_____
HOWARD K. K. LUKE