# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

October 26, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | UNITED STATES OF AMERICA v.<br>(01) MICHAEL FURUKAWA<br>(02) WESLEY UEMURA<br>(03) DENNIS HIROKAWA<br>(04) RICHARD OKADA |
| ATTYS FOR PLA: | LAWRENCE L. TONG<br>LAWRENCE A. GOYA<br>MARK NAKATSU, CASE AGENT, FBI |
| ATTYS FOR DEFT: | (01) HOWARD K.K. LUKE<br>(02) CLIFFORD B. HUNT<br>(03) KEITH SHIGETOMI<br>(04) DANA ISHIBASHI |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | October 26, 2006 | TIME: | 9:00 am - 12:25 pm<br>2:00 pm - 4:00 p.m. |

COURT ACTION:       FURTHER JURY TRIAL - DAY15.

Defendant (01) Michael Furukawa is present not in custody.

Defendant (02) Wesley Uemura is present not in custody.

Defendant (03) Dennis Hirokawa is present not in custody.

Defendant (04) Richard Okada is present not in custody.

12 jurors and 2 alternate jurors are present.

Defendant (02) Wesley Uemura's Closing argument (9:00 a.m. 10:02 a.m.).

Defendant (03) Dennis Hirokawa's Closing argument (10:20 a.m. - 11:10 a.m.).
Defendant (04) Richard Okada's Closing argument (11:10 a.m. - 12:25 p.m.).

Government's Rebuttal argument (2:00 p.m. - 3:00 p.m.).

Jury instructed.

2 alternate jurors excused.

Bailiff (CSO Michael Rajkowski) sworn in.

Jury retired to commence deliberation (3:35 p.m.)

Note #1 received from the jury.

Court's discussion with counsel outside the presence of the jury.

Further jury deliberation is continued to October 27, 2006 at 9:00 a.m.


Submitted by: Mary Rose Feria, Courtroom Manager