# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

October 27, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | UNITED STATES OF AMERICA v.<br>(01) MICHAEL FURUKAWA<br>(02) WESLEY UEMURA<br>(03) DENNIS HIROKAWA<br>(04) RICHARD OKADA |
| ATTYS FOR PLA: | LAWRENCE L. TONG<br>LAWRENCE A. GOYA<br>MARK NAKATSU, CASE AGENT, FBI |
| ATTYS FOR DEFT: | (01) HOWARD K.K. LUKE<br>(02) HOWARD K.K. LUKE for CLIFFORD B. HUNT<br>(03) HOWARD K.K. LUKE for KEITH S. SHIGETOMI<br>(04) DANA ISHIBASHI |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Debra Chun |
| DATE: | October 27, 2006 | TIME: | 3:45 - 4:15 |

COURT ACTION:    FURTHER JURY TRIAL - DAY16
JURY DELIBERATION DAY 2

12 jurors are present.  Jury deliberation resumed at 9:00 a.m.

NOTE FROM THE JURY #2 filed.

Jury reached a verdict.

Defendant (01) Michael Furukawa is present not in custody.

Defendant (02) Wesley Uemura is present not in custody.

Defendant (03) Dennis Hirokawa is present not in custody.

Defendant (04) Richard Okada is present not in custody.

Mr. Howard K.K. Luke substituted for Mr. Clifford B. Hunt and Mr. Keith S. Shigetomi for the hearing on return of the verdicts.

The Jury returned with the verdicts. VERDICTS as to Defendants (01) MICHAEL FURUKAWA, (02) WESLEY UEMURA, (03) DENNIS HIROKAWA, and (04) RICHARD OKADA read and filed. Each of the defendant was found GUILTY as charged to all counts. Jury polled. The verdicts were unanimous.

Jury is discharged.

SENTENCING is set for January 15, 2007 at 1:30 p.m. as to Defendants (01) MICHAEL FURUKAWA, (02) WESLEY UEMURA, (03) DENNIS HIROKAWA, and (04) RICHARD OKADA.

Defendants (01) MICHAEL FURUKAWA, (02) WESLEY UEMURA, (03) DENNIS HIROKAWA, and (04) RICHARD OKADA to remain on bond.

The Court directed the Clerk to return admitted exhibits to counsel.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Theresa Lam, Courtroom Manager
      USPO Ellie Asasaki w/ copies of verdicts