IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | VERDICT |
| vs. | ) | |
| | ) | |
| MICHAEL FURUKAWA, (01) | ) | |
| | ) | |
| Defendants. | ) | |

<u>VERDICT</u>

We, the jury, in the above-entitled cause, find the Defendant, MICHAEL FURUKAWA:

**AS TO COUNT 1**

_____ Not Guilty.      __X__ Guilty.

**AS TO COUNT 2**

_____ Not Guilty.      __X__ Guilty.

**AS TO COUNT 3**

_____ Not Guilty.      __X__ Guilty.

**AS TO COUNT 4**

_____ Not Guilty.      __X__ Guilty.

**AS TO COUNT 5**

_____ Not Guilty.      __X__ Guilty.

**AS TO COUNT 6**

_____ Not Guilty.      __X__ Guilty.

**AS TO COUNT 7**

_____ Not Guilty.     __X__ Guilty.

**AS TO COUNT 8**

_____ Not Guilty.     __X__ Guilty.

**AS TO COUNT 9**

_____ Not Guilty.     __X__ Guilty.

**AS TO COUNT 10**

_____ Not Guilty.     __X__ Guilty.

**AS TO COUNT 11**

_____ Not Guilty.     __X__ Guilty.

**AS TO COUNT 12**

_____ Not Guilty.     __X__ Guilty.

**AS TO COUNT 13**

_____ Not Guilty.     __X__ Guilty.

**AS TO COUNT 14**

_____ Not Guilty.     __X__ Guilty.

**AS TO COUNT 15**

_____ Not Guilty.      \_\_\_X\_\_\_\_\_ Guilty.

**AS TO COUNT 16**

_____ Not Guilty.      \_\_\_X\_\_\_\_\_ Guilty.

**AS TO COUNT 17**

_____ Not Guilty.      \_\_\_X\_\_\_\_\_ Guilty.

**AS TO COUNT 18**

_____ Not Guilty.      \_\_\_X\_\_\_\_\_ Guilty.

**AS TO COUNT 19**

_____ Not Guilty.      \_\_\_X\_\_\_\_\_ Guilty.

DATED: October 27, 2006, at Honolulu, Hawaii.

SIGNED: _____
FOREPERSON