ORIGINAL

LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE          2049
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:   (808) 545-5000
Fax:   (808) 523-9137
Email: howardkkluke@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 18 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Attorney for Defendant
 MICHAEL FURUKAWA (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO.  04-00243-01-DAE |
| | ) |
| Plaintiff, | ) NOTICE OF APPEAL; |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| MICHAEL FURUKAWA,      (01) | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE OF APPEAL

Notice is hereby given that, pursuant to Fed. R. App. P. 4(b),

MICHAEL FURUKAWA (01), Defendant in the above-captioned case, hereby

appeals to the United States Court of Appeals for the Ninth Circuit from the final

Judgment in a Criminal Case entered by the Honorable David A. Ezra, United

States District Judge, in the above-entitled matter on the 9th day of October, 2007.

- 2 -

DATED:     Honolulu, Hawaii, October 18, 2007.


HOWARD K. K. LUKE

Attorney for Defendant
MICHAEL FURUKAWA (01)


Cr. No.  04-00243-01-DAE, United States of America v. Michael Furukawa (01)
Notice of Appeal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  04-00243-01-DAE |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL FURUKAWA,    (01) ) | |
| ) | |
| Defendant. ) | |
| ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, on the date of filing, or as soon

thereafter as practicable, a true and correct copy of the foregoing was duly served

on the following by hand delivery, addressed as follows:

LAWRENCE A. TONG, A.U.S.A
LAWRENCE ATSUSHI GOYA, Special A.U.S.A.
Office of the United States Attorney
300 Ala Moana Blvd, Suite 6100
Honolulu, HI  96850

Attorneys for Plaintiff UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, October 18, 2007.

_____
HOWARD K. K. LUKE