# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 241278 |
| Trans | 147970 |

Received From: **HOWARD LUKE**
Case Number:
Reference Number: **CR 04-243DAE**

|  |  |  |  | Check | 455.00 |
|---|---|---|---|---|---|
|  |  |  |  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** |  | **455.00** |
|  | Tend |  | 455.00 |
|  | Due |  | 0.00 |

10/18/2007 12:47:48 PM     Deputy Clerk: et/DT     _____