# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

**07 - 10518**

I. **SHORT CASE TITLE:** U.S.A. vs. Michael Furukawa

   **U.S. COURT OF APPEALS DOCKET NUMBER:**

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 04-00243DAE-01

II. **DATE NOTICE OF APPEAL FILED:** October 18, 2007

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** October 18, 2007    **AMOUNT:** $455.00

   **NOT PAID YET:**    **BILLED:**

   **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**    **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

   RECEIVED
   CLERK U.S. DISTRICT COURT
   NOV 05 2007
   DISTRICT OF HAWAII

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Anna Chang

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)