EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING 6697
Assistant U.S. Attorney
ATTN: Financial Litigation Unit
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI  96850
Telephone No. (808) 541-2850
Fax No.  (808) 541-2958
Email:  Edric.ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00243-001 |
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION FOR |
| | ) | EXAMINATION OF JUDGMENT |
| vs. | ) | DEBTOR; DECLARATION OF |
| | ) | EDRIC M. CHING |
| | ) | |
| MICHAEL FURUKAWA, | ) | |
| | ) | |
| Defendant. | ) | |

EX PARTE APPLICATION FOR
EXAMINATION OF JUDGMENT DEBTOR

COMES NOW Plaintiff UNITED STATES OF AMERICA, by and through its undersigned attorneys, and respectfully moves this Honorable Court to enter an order summoning Defendant MICHAEL FURUKAWA to appear at such time as the Magistrate Judge shall appoint, and then and there to be examined under oath as to what property the said Defendant owns or has an interest in, and as to what debts are owing to the Defendant.

This ex parte application is brought pursuant to Rules 37(a) and 69(a) of the Federal Rules of Civil Procedure, Section 636-4 of the Hawaii Revised Statutes, Rule LR73.1(h) of the Magistrate's Rules of the United States District Court for the District of Hawaii, and is based upon the record herein and the declaration in support of the ex parte application attached hereto.

DATED: <u>January 4, 2008</u>, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        /s/ Edric M. Ching

By_____
    EDRIC M. CHING
    Assistant U.S. Attorney
    District of Hawaii

    Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00243-001 |
| | ) | |
| Plaintiff, | ) | DECLARATION OF EDRIC M. CHING |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL FURUKAWA, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF EDRIC M. CHING

      I, EDRIC M. CHING, declare that:

      1.  I am an Assistant U.S. Attorney in the United States Attorney's office, District of Hawaii assigned to this matter and am licensed to practice law in all courts of the State of Hawaii.

      2.  On October 9, 2007, a Judgment in a criminal case was entered against Defendant MICHAEL FURUKAWA (hereinafter referred to as "Defendant FURUKAWA") and in favor of Plaintiff UNITED STATES OF AMERICA in the U.S. District Court, District of Hawaii.  Defendant FURUKAWA was ordered to pay a special assessment amount of $1,900.00 and restitution in the amount of $4,623,301.79 jointly/severally with co-defendants Dennis Hirokawa, Richard Okada and Wesley Uemura.

3. There is still due and owing on the Judgment against Defendant FURUKAWA a balance of $4,623,301.79 as of December 27, 2007.

5. Defendant FURUKAWA may have property or assets available for the satisfaction of said judgment or may have some debts owing to the Defendant, the exact nature and extent of which are unknown to your declarant.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on <u>January 4, 2008</u> at Honolulu, Hawaii.

/s/ Edric M. Ching

_____
EDRIC M. CHING