EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING    6697
Assistant U.S. Attorney
ATTN: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI   96850
Telephone No. (808) 541-2850
Fax No.  (808) 541-2958
Email: Larry.tong@usdoj.gov
       Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00243-001 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | APPLICATION FOR EXAMINATION |
| vs. | ) | OF JUDGMENT DEBTOR |
| | ) | |
| MICHAEL FURUKAWA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING EX PARTE APPLICATION
FOR EXAMINATION OF JUDGMENT DEBTOR

After due consideration of the Ex Parte Application for Examination of Judgment Debtor filed by the Plaintiff, United States of America,

IT IS HEREBY ORDERED that Defendant MICHAEL FURUKAWA (hereinafter referred to as "Defendant FURUKAWA") appear at the U.S. District Court, District of Hawaii, 300 Ala Moana Blvd. Courtroom 6 Honolulu, HI 96850 as follows:

| Defendant | Date | Time |
|---|---|---|
| MICHAEL FURUKAWA | January 7, 2008 | 1:30 PM |

then and there to be examined as to any and all property Defendant FURUKAWA owns or has an interest in and to what debts are owing to the said Defendant.

You, Defendant FURUKAWA, are hereby enjoined from alienating, concealing, or encumbering any non-exempt property in your possession or under your control or in any manner interfering therewith, pending the above-ordered hearing and further order of the Court.

Failure to appear shall subject you, Defendant FURUKAWA to punishment for contempt of Court.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: January 4, 2008

USA vs. MICHAEL FURUKAWA
Cr. No. 04-00243-001
ORDER GRANTING EX PARTE APPLICATION
FOR EXAMINATION OF JUDGMENT DEBTOR