IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-10518    U.S. District Court Case No. CR. NO. 04-00243-01-DAE

Short Case Title: U.S. v. MICHAEL FURUKAWA (01)

Date Notice of Appeal Filed by Clerk of District Court: OCTOBER 18, 2007

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| SEE 1 ATTACHED PAGE | | Voir Dire |
| " | | Opening Statements |
| " | | Settlement Instructions |
| " | | Closing Arguments |
| " | | Jury Instructions |
| " | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 05 2007
at 12 o'clock and 46 min. P M.
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 11/05/07    Estimated date for completion of transcript: 12/17/07
Print Name of Attorney: HOWARD K. K. LUKE    Phone Number: 808-545-5000
Signature of Attorney: [signature]
Address: 841 BISHOP ST., SUITE 2022, HONOLULU, HI 96813 - - EMAIL: HOWARDKKLUKE@HAWAII.RR.COM

**SECTION B** - To be completed by court reporter

I, [signature] _____ have received this designation.
(signature of court reporter)
(X) Arrangements for payment were made on DUE ON RECEIPT
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

15    Approximate Number of Pages in Transcript--Due Date 12/17/07

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 30 2008
at 2 o'clock and 03 min. PM
SUE BEITIA, CLERK

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed: 12/4/07    Court Reporter's Signature: [signature]

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia    01/30/08    BY: [signature]
(U.S. District Court Clerk)    (date)        DEPUTY CLERK

cc: Counsel

Attachment to Transcript Designation and Ordering Form
Cr. No. 04-00243-01-DAE, U.S. v. Michael Furukawa

| Court Reporter | Pretrial Proceeding(s) |
|---|---|
| Cynthia Fazio | 09/20/06 voir dire ✓ |

| Court Reporter | All Trial Proceedings/Dates |
|---|---|
| Cynthia Fazio | 09/26/06 ✓ |
| " | 09/27/06 ✓    9/20/06 ✓ |
| " | 09/28/06 ✓ |
| " | 09/29/06 ✓ |
| " | 10/03/06 ✓ |
| " | 10/04/06 ✓ |
| " | 10/05/06 ✓ |
| " | 10/06/06 ✓ |
| " | 10/17/06 ✓ |
| " | 10/18/06 ✓ |
| " | 10/19/06 ✓ |
| " | 10/20/06 ✓ |
| " | 10/24/06 ✓ |
| " | 10/25/06 ✓   10/4/07 |
| " | 10/26/06 ✓ |
| Debra K. Chun | 10/27/06 ✓ |

| Court Reporter | Sentencing |
|---|---|
| Cynthia Fazio | 10/04/07 ✓ |