CR 04-00243 DAE-01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 8 2008

at 2 o'clock and 00 min P M
SUE BEITIA, CLERK

LAND COURT                                    REGULAR SYSTEM

RETURN BY: MAIL ( )  PICKUP(XX)  TO:
Howard K. K. Luke
Davies Pacific Center
841 Bishop St., Suite 2022
Honolulu, Hawaii 96813

## RELEASE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

THAT SUE BEITIA, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, holder of that certain mortgage dated July 29, 2004, made by MICHAEL ITSUO FURUKAWA, as Trustee under that certain unrecorded Michael Itsuo Furukawa revocable living trust dated December 23, 1992, and FRANCES FURUKAWA, as Trustee under that certain unrecorded Frances Furukawa revocable living trust dated December 23, 1992, as Borrowers, recorded in the Bureau of Conveyances of the State of Hawaii as document number 3144713, affecting transfer certificate of title number 431,772, does hereby cancel, release and forever discharge said mortgage together with the bond thereby secured.

1

IN WITNESS WHEREOF SUE BEITIA has executed these presents on this 28th day of February, 2008.

        THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF HAWAII

        _____
        by SUE BEITIA
        CLERK OF THE COURT

STATE OF HAWAII               )
                                       ) ss:
CITY AND COUNTY OF HONOLULU   )

On this 28th day of February, 2008, before me personally appeared SUE BEITIA, to me known or proved to me on satisfactory evidence to be the person described in and who executed the foregoing as his free act and deed.

_____ Eileen Chun Sakoda
Notary Public, State of Hawaii
My Commission Expires: 3-21-2008