OFFICE OF THE
ASSISTANT REGISTRAR, LAND CO.
STATE OF HAWAII
(Bureau of Conveyances)

The original of this document was
recorded as follows:

Doc 3723727
CTN 431,772
MAR 18, 2008 08:02 AM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 19 2008

at 11 o'clock and 10 min ＿M.
SUE BEITIA, CLERK

## LAND COURT                REGULAR SYSTEM

After Recordation, Return by Mail ___ or Pick-up _X_  Phone # 545-5000
(c/o Byron's Messenger Service jacket)

Howard K. K. Luke
707 Richards St., Suite 610
Honolulu, HI 96813-4623

| | |
|---|---|
| Document: | Release of Mortgage |
| Borrowers: | Michael Itsuo Furukawa, as Trustee under that certain unrecorded Michael Itsuo Furukawa revocable living trust dated December 23, 1992 |
| | Frances Furukawa, as Trustee under that certain unrecorded Frances Furukawa revocable living trust dated December 23, 1992 |
| | 94-522 Hiahia Loop<br>Waipahu, Hawaii 96797 |
| Lender: | Clerk of Court<br>U.S. District Court for the District of Hawaii<br>300 Ala Moana Blvd., Room C-338<br>Honolulu, Hawaii 96850 |
| TMK: | (1) 9-4-058-091 |

Document Contains _2_ Pages

LAND COURT                                              REGULAR SYSTEM

RETURN BY:  MAIL ( )  PICKUP(**XX**)  TO:
Howard K. K. Luke
Davies Pacific Center
841 Bishop St., Suite 2022
Honolulu, Hawaii  96813

## **RELEASE OF MORTGAGE**

KNOW ALL MEN BY THESE PRESENTS:

      THAT SUE BEITIA, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, holder of that certain mortgage dated July 29, 2004, made by MICHAEL ITSUO FURUKAWA, as Trustee under that certain unrecorded Michael Itsuo Furukawa revocable living trust dated December 23, 1992, and FRANCES FURUKAWA, as Trustee under that certain unrecorded Frances Furukawa revocable living trust dated December 23, 1992, as Borrowers, recorded in the Bureau of Conveyances of the State of Hawaii as document number 3144713, affecting transfer certificate of title number 431,772, does hereby cancel, release and forever discharge said mortgage together with the bond thereby secured.

1

IN WITNESS WHEREOF SUE BEITIA has executed these presents on this _28th_ day of _February_, 2008.

                              THE UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF HAWAII

                              by SUE BEITIA
                              CLERK OF THE COURT

STATE OF HAWAII                     )
                                       ) ss:
CITY AND COUNTY OF HONOLULU   )

       On this _28th_ day of _February_, 2008, before me personally appeared SUE BEITIA, to me known or proved to me on satisfactory evidence to be the person described in and who executed the foregoing as his free act and deed.

Notary Public, State of Hawaii   Ellen Chun Jakota
My Commission Expires: 3-21-2011

2