# LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW
DAVIES PACIFIC CENTER
SUITE 2022
841 BISHOP STREET
HONOLULU, HAWAII 96813

HOWARD K. K. LUKE
DAVID M. HAYAKAWA

TEL: (808) 545-5000
FAX: (808) 523-9137

*TRANSMITTAL LETTER*

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 19 2008
DISTRICT OF HAWAII

**TO:** U.S. District Court Clerk's Office
300 Ala Moana Blvd., Room C338
Honolulu, HI  96850

**FROM:** Law Office of Howard K. K. Luke

**DATE:** February 25, 2008

**RE:** Cr. No. 04-00243DAE-01, U.S. v. Michael Furukawa

*Enclosed please find:*

<u>1 filed copy</u>        Release of Mortgage

( ) For your information        ( ) Per your request
( ) For signature & return      ( ) Per telephone conversation
( ) For notarized signature     (XX) For your files
( ) For your completion & return   ( )See remarks below

**REMARKS:**

Enclosure